52 So.2d 166

**MADDOX v. CITY OF BIRMINGHAM.**

6 Div. 203.

Supreme Court of Alabama.

April 12, 1951.

W. L. Longshore, of Birmingham, for petitioner.

Chas. H. Brown, of Birmingham, for appellee.

BROWN, Justice.

This is a petition by Troupe Maddox for certiorari to the Court of Appeals, to review and revise the judgment and decision of that Court in the case of Maddox v. City of Birmingham, Ala.App., 52 So.2d 164.

The petition is dismissed for failure to comply with the rules of this Court requiring such petition to be presented on transcript paper.

Petition dismissed.

LIVINGSTON, C. J., and LAWSON and SIMPSON, JJ., concur.